UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER PARKER

     V.                                           CIVIL NO.  3:04cv1109(JBA)

JOHN DeSTEFANO, JR.
CITY OF NEW HAVEN
KAREN DuBOIS-WALTON
THOMAS UDE, JR.
TINA BURGETT
BOISE KIMBER
MALCOLM WEBBER
ZELMA TIRADO

## **JUDGMENT**

       This cause came on remand from the Second Circuit, before the Honorable Janet Bond Arterton, U.S.D.J.   On July 27, 2011, pursuant to Rule 68 of the Federal Rules of Civil Procedure, the plaintiff Christopher Parker  filed Notice of Acceptance of Offer of Judgment.

       Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff Christopher Parker against defendants John DeStefano, Jr., Karen DuBois-Walton, Thomas Ude, Jr., Boise Kimber, Malcolm Webber, Zelma Tirado, and the City of New Haven on all claims brought in this lawsuit, including but not limited to claims brought under Title VII of the Civil Rights Act of 1964, the Equal Protection Clause of the Fourteenth Amendment of United States Constitution, 42 U.S.C. §1985 and the Connecticut state law claims of intentional infliction of emotional distress.

       The total sum of $135,688.11 in cash and additional pension benefits, with $54,275.24 will be payable by August 31, 2011 and $81,412.87 will be payable by August 31, 2012.  Upon retirement additional benefits as stated; back pay of $49,814.39; interest on back pay of $3,606.87, as to any tax ramifications of the back pay award, an award of a gross-up payment of $5,000.00.  As to any other claims for monetary damages and/or any other form of relief except attorney fees and costs, awarded $77,266.85 and three (3) years additional service with the New Haven Department of Fire Services (NHFD) , pursuant to Rule 68 of the Federal  Rules of Civil  Procedure.

       Dated at New Haven, Connecticut, this 29th day of July, 2011.

                                                            Robin D. Tabora, Clerk
                                                            /s/_____
                                                            BY: Betty J. Torday
                                                              Deputy Clerk

EOD_____