**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FRANK RICCI, ET AL

     V.                                  CIVIL NO. 3:04cv1109(JBA)

JOHN DeSTEFANO, JR.
CITY OF NEW HAVEN
KAREN DuBOIS-WALTON
THOMAS UDE, JR.
TINA BURGETT
BOISE KIMBER
MALCOLM WEBBER
ZELMA TIRADO

**JUDGMENT**

     This cause came on remand from the Second Circuit, before the Honorable Janet Bond Arterton, U.S.D.J. On July 20, 2011, pursuant to Rule 68 of the Federal Rules of Civil Procedure, the defendants John DeStefano, Jr., Karen DuBois-Walton, Thomas Ude, Jr., Boise Kimber, Malcolm Webber, Zelma Tirado, and the City of New Haven made twenty individual offers of judgment as to all claims be each plaintiff in this action, excepting their claims for attorneys' fees and costs, and a separate offer of judgment as to the attorneys' fees and costs for all plaintiffs.

     Therefore, pursuant to the judgments entered in favor of the plaintiffs and 42 U.S.C. §§2000e-59(k) and 1988, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the plaintiffs Michael Blatchley, Gregory Boivin, Gary Carbone, Michael Christoforo, Ryan Divito, Steven Durand, William Gambardella, Brian Jooss, James Kottage, Matthew Marcarelli, Thomas Michaels, Christopher Parker, Sean Vendetto, and Mark Vendetto against defendants John DeStefano, Jr., Karen DuBois-Walton, Thomas Ude, Jr., Boise Kimber, Malcolm Webber, Zelma Tirado, and the City of New Haven for attorney's fees and costs incurred for the prosecution of any and all claims brought in this suit.

     Pursuant to the defendants' offer of judgment, the plaintiffs shall take and receive the total sum of $3,000,000.00 in cash to be paid as follows: $1,200,000.00 by August 31, 2011 and $1,800,000.00 by August 31, 2012.

     Dated at New Haven, Connecticut, this 29th day of July, 2011.

                                                              Robin D. Tabora, Clerk

                                                             _____/s/_____
                                                              Betty J. Torday
                                                              Deputy Clerk

EOD_____