UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK RICCI, MICHAEL BLATCHLEY,
GREGORY BOIVIN, GARY CARBONE,
MICHAEL CHRISTOFORO, RYAN DIVITO,
STEVEN DURAND. WILLIAM GAMBARDELLA,
BRIAN JOOSS, JAMES KOTTAGE,
MATTHEW MARCARELLI, THOMAS MICHAELS,
CHRISTOPHER PARKER, SEAN PATTON,
EDWARD RIORDON, KEVIN ROXBEE,
TIMOTHY SCANLON, BENJAMIN VARGAS,
JOHN VENDETTO & MARK VENDETTO

     V.                                  CIVIL NO.  3:04cv1109(JBA)

JOHN DeSTEFANO, JR.
CITY OF NEW HAVEN
KAREN DuBOIS-WALTON
THOMAS UDE, JR.
TINA BURGETT
BOISE KIMBER
MALCOLM WEBBER
ZELMA TIRADO

## AMENDED JUDGMENT ON ATTORNEY FEES

       This cause came on remand from the Second Circuit, before the Honorable Janet Bond Arterton, U.S.D.J.  On July 20, 2011, pursuant to Rule 68 of the Federal Rules of Civil Procedure, the defendants John DeStefano, Jr., Karen DuBois-Walton, Thomas Ude, Jr.,Tina Burgett, Boise Kimber, Malcolm Webber, Zelma Tirado, and the City of New Haven made twenty individual offers of judgment as to all claims to each plaintiff in this action, excepting their claims for attorneys' fees and costs, and made a separate offer of judgment respecting  attorneys' fees and costs, directed to all plaintiffs.  Plaintiffs filed notice of their unconditional acceptance of said offer.

       Therefore, pursuant to the judgments entered in favor of the plaintiffs and 42 U.S.C. §§2000e-5(k) and 1988, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the plaintiffs Frank Ricci, Michael Blatchley, Gregory Boivin, Gary Carbone, Michael Christoforo, Ryan Divito, Steven Durand, William Gambardella, Brian Jooss, James Kottage, Matthew Marcarelli, Thomas Michaels, Christopher Parker, Sean Patton, Edward Riordon, Kevin Roxbee, Timothy Scanlon, Benjamin Vargas, John Vendetto and Mark Vendetto and against  defendants John DeStefano, Jr., Karen DuBois-Walton, Thomas Ude, Jr., Tina Burgett, Boise Kimber, Malcolm Webber, Zelma Tirado, and the City of New Haven for attorney's fees and costs incurred in the prosecution of any and all claims brought in this suit, including, but not

limited to, claims brought under Title VII of the Civil Rights Act of 1964, the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution,  42 U.S.C. §1985 and Connecticut state law claims of intentional infliction of emotional distress.

    EOD_____

     Pursuant to the defendants' offer of judgment, the plaintiffs shall take and receive the total sum of $3,000,000.00 in cash to be paid as follows: $1,200,000.00 by August 31, 2011 and $1,800,000.00 by August 31, 2012.

     Dated at New Haven, Connecticut on August 1, 2011

                                                                 Robin D. Tabora, Clerk

                                                                _____/s/_____
                                                                 Betty J. Torday

                                                                 Deputy Clerk